

## ORDER

PER CURIAM.

Leland LaChance appeals from the motion court's denial, following an evidentiary hearing, of his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

Before: SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

John T. Trautwein appeals from the judgment entered upon a jury verdict finding him guilty of driving while intoxicated, § 577.010 RSMo, and driving while his license was revoked, § 302.321 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**John T. TRAUTWEIN, Appellant.**

**No. ED 93512.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2010.

**STATE of Missouri, Respondent,**

v.

**Darold WALKER, Appellant.**

**No. ED 93101.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 31, 2010.

Matthew Ward, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Mary H. Moore, Asst. Atty. Gen., Jefferson City, MO, for respondent.

1. All rule references are to Mo. R.Crim. P.2009, unless otherwise indicated.